# Commonwealth of Massachusetts

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 12-1865D

TRUSTEES OF THE 781 COLUMBIA ROAD
CONDOMINIUMS TRUST,
    Plaintiffs

vs.

ACE GERSHFIELD,
    Defendant

and

DEUTSCHE BANK NATIONAL TRUST
COMPANY, CITY OF BOSTON and UNITED
STATES OF AMERICA,
    Defendants/Parties-In-Interest

## SUMMONS

To the above-named Defendant: United States of America - Department of Internal Revenue Service

You are hereby summoned and required to serve upon Richard E. Brooks of Marcus, Errico, Emmer, & Brooks, P.C. plaintiff's attorney, whose address is 45 Braintree Hill, Ste 107, Braintree, MA 02184 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Boston, the 24th day of May, in the year of our Lord two thousand 2012.

*Michael Joseph Donovan*

Clerk/Magistrate

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
(1) TORT — (2) MOTOR VEHICLE TORT — (3) CONTRACT — (4) EQUITABLE RELIEF — (5) OTHER

FORM CIV.P. 1 3rd Rev. 20M-10/11

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                               SUPERIOR COURT DEPARTMENT
                                           CIVIL ACTION NO.

                                                                          12-1865 D

| | |
|---|---|
| TRUSTEES OF THE 781 COLUMBIA ROAD CONDOMINIUMS TRUST,<br>Plaintiffs<br><br>vs.<br><br>ACE GERSHFIELD,<br>Defendant<br><br>and<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, CITY OF BOSTON and UNITED STATES OF AMERICA,<br>Defendants/Parties-In-Interest | COMPLAINT |

## PRELIMINARY STATEMENT

1. This is an action brought by the organization of unit owners of a condominium (a) pursuant to M.G.L. c. 183A, s. 6(b) against the unit owners for unpaid common expenses; and (b) pursuant to M.G.L. c. 183A, ss. 6(a) and 6(c) and c. 254, ss. 5 and 5A, to establish and enforce a lien for these unpaid common expenses. This action further seeks a determination of the priority of the unit owner organization's lien under M.G.L. c. 183A, s. 6(c).

## PARTIES

2. The Plaintiffs, the Trustees of the 781 Columbia Road Condominiums Trust (hereinafter referred to as the "Organization of Unit Owners"), are the duly elected/appointed members of the governing body of the 781 Columbia Road Condominiums Trust under a Declaration of Trust dated November 2, 2005, and recorded with the Suffolk County Registry of Deeds (hereinafter referred to as "Registry of Deeds") in Book 38423, Page 161, which Organization of Unit Owners is the organization of unit owners of the 781 Columbia Road Condominiums, a condominium

established by Master Deed dated November 2, 2005, and recorded with the Registry of Deeds in Book 38423, Page 138, (hereinafter referred to as the "Condominium"). The Condominium is located in Dorchester, Suffolk County, Massachusetts. The Plaintiffs bring this action pursuant to their powers in the said Declaration of Trust of the Condominium and/or in M.G.L. c. 183A, s. 10(b)(4) contained. Additionally, they bring this action on behalf of all other parties in interest pursuant to M.G.L. c. 254, s. 5.

3. The Defendant, Ace Gershfield, (hereinafter referred to as the "Defendant") is the record owner of Unit #2, 781 Columbia Road, Dorchester, MA, at the Condominium (hereinafter referred to as the "Unit"), pursuant to a Unit Deed dated November 2, 2005, and recorded with the Registry of Deeds in Book 38487, Page 263. The Defendant maintains an address of 295 Huntington Avenue, Suite 309, Boston, MA 02115.

4. The Defendant/Party-In-Interest, Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W4, Under the Pooling and Servicing Agreement dated November 1, 2005, (hereinafter referred to as the "First Mortgagee") has a place of business at 1761 East St. Andrew Place, Santa Ana, CA 92705-4934, and is the holder of a first mortgage of record upon the Unit dated November 15, 2005, and recorded with the Registry of Deeds in Book 38487, Page 266, by an Assignment of Mortgage dated January 15, 2009, and recorded with the Registry of Deeds in Book 44554, Page 123.

5. The Defendant/Party-In-Interest, City of Boston – Office of the Collector of Taxes has a place of business at One City Hall Square, Boston, MA 02201, and is the holder of an Instrument of Taking upon the Unit recorded with the Registry of Deeds in Book 43067, Page 59.

6. The Defendant/Party-In-Interest, United States of America – Department of Treasury – Internal Revenue Service has a place of business c/o Area Director, JFK Post Office, PO Box 9112, Stop 20800, Boston, MA 02203, and is the holder of a Federal Tax Lien recorded with the Registry of Deeds in Book 48471, Page 96.

## FACTS

7. Pursuant to M.G.L. c. 183A, s. 6, and the applicable provisions of the Condominium's documents, the Defendant has been duly assessed common expenses and charges in the amount of $3,325.02 (hereinafter "common expenses"), which have not been paid when due.

8. Interest and late fees have been charged for these overdue payments of common expenses pursuant to M.G.L. c. 183A, s. 6(a) and/or the applicable provisions of the Condominium's documents, and the Defendant is liable for attorneys' fees and costs incurred by the Plaintiffs in pursuing this matter in accordance with said provisions.

9. Pursuant to M.G.L. c. 183A, s. 6(c), the Plaintiffs did give the Defendant notice by certified and first class mail of the aforesaid delinquency, such delinquency having existed for at least sixty days.

10. Pursuant to M.G.L. c. 183A, s. 6(c), the Plaintiffs did give notice to the First Mortgagee, by certified and first class mail, of their intent to file this action.

## CAUSES OF ACTION

### COUNT I - AGAINST THE DEFENDANT PERSONALLY

11. The Defendant is, pursuant to M.G.L. c. 183A, s. 6(b), and the applicable provisions of the Condominium's documents, indebted to the Plaintiffs for the amount of unpaid common expenses, interest, late fees, attorneys' fees and collection costs as above stated and as such may additionally accrue hereafter.

### COUNT II - AGAINST THE UNIT

12. Pursuant to the provisions of M.G.L. c. 183A, ss. 6(a) and 6(c), said arrearage in common expenses, with interest, late fees, attorneys' fees and collection costs as aforesaid, and as such may additionally accrue hereafter, constitute a lien upon the Unit.

### COUNT III - ESTABLISHING THE PRIORITY OF THE LIEN

13. Pursuant to the provisions of M.G.L. c. 183A, s. 6(c), the lien on the Unit has priority over all other liens and encumbrances except (a) liens and encumbrances recorded prior to the recording of the aforesaid Master Deed, (b) liens for real estate taxes

and other municipal assessments or charges, and (c) any first mortgage of record; provided, however, that as to the first mortgage of record the Plaintiffs' lien is prior thereto to the extent of monthly common expense assessments which became due during the six months prior to the institution of this action plus all attorneys' fees and collection costs incurred by the Plaintiffs in the enforcement thereof.

## PRAYER

WHEREFORE the Plaintiffs pray that this Honorable Court:

1. Find that the Defendant is indebted to the Plaintiffs for the amount of unpaid common expenses, interest, late fees, attorneys' fees and collection costs as may be found.

2. Declare that there is a lien upon the Unit in the amount of the debt as found.

3. Declare that the lien is entitled to the priority as provided for by law.

4. Order the sale of the Unit to satisfy, in whole or in part, the declared lien.

5. Grant possession of the Unit as a part of said sale.

6. Grant such other relief as may be just and proper.

I HEREBY ATTEST AND CERTIFY ON
May 22, 2012, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

Assistant Clerk Magistrate

Respectfully submitted,

TRUSTEES OF THE 781 COLUMBIA ROAD
CONDOMINIUMS TRUST,

By their attorneys,

MARCUS, ERRICO, EMMER
& BROOKS, P.C.

Richard E. Brooks, Esq.
BBO #545328
45 Braintree Hill Office Park, Suite 107
Braintree, MA 02184
(781) 843-5000
rbrooks@meeb.com

DATED: May 15, 2012

## NOTICE

To the extent the Federal Fair Debt Collection Practices Act applies, the law firm of Marcus, Errico, Emmer & Brooks, P.C. is attempting to collect a debt, and any information obtained will be used for that purpose.

| CIVIL ACTION COVER SHEET | DOCKET NO. *(to be added by Clerk)* | Trial Court of Massachusetts District Court Department County: Suffolk |
|---|---|---|
| PLAINTIFF(S): Trustees of the 781 Columbia Road Condominiums Trust | | DEFENDANT(S): Ace Gershfield, Deutsche Bank National Trust Company, City of Boston and United States of America |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE 1-781-843-5000 Richard E. Brooks Marcus, Errico, Emmer & Brooks P.C. 45 Braintree Hill Office Park, Suite 107, Braintree, MA 02184 Board of Bar Overseers number: 545328 | | ATTORNEY (if known) |

### Origin code and track designation

Place a x in one box only:
- X 1. F01 Original Complaint
- ☐ 2. F02 Removal to Sup.Ct.C.231, s.104 (Before trial) (F)
- ☐ 3. F03 Retransfer to Sup.Ct.C.231,s.102C (X)
- ☐ 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- ☐ 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P60) (X)
- ☐ 6. E 10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| C99 | Complaint to Foreclose on Condominium Lien | (F) | ( )YES  (X)NO |

The following is full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damages claims; indicate single damages only.

### TORT CLAIMS
*(Attach additional sheets as necessary)*

A. Documented medical expenses to date:
  1. Total hospital expenses:............................................................................................$
  2. Total doctor expenses: ..............................................................................................$
  3. Total chiropractic expenses: .....................................................................................$
  4. Total physical therapy expenses:...............................................................................$
  5. Total other expenses *(Describe)*: .............................................................................$
     Subtotal:$
B. Documented lost wages and compensation to date: ..................................................$
C. Documented property damages to date: ...................................................................$
D. Reasonably anticipated future medical and hospital expenses:.................................$
E. Reasonably anticipated lost wages:............................................................................$
F. Other documented items of damage *(Describe)*: .....................................................$
G. Brief description of Plaintiff's injury, including nature and extent of injury *(Describe)*:

$
TOTAL:   $   N/A

### CONTRACT CLAIMS
*(Attach additional sheets as necessary)*

Provide a detailed description of claims (s): This is an action to enforce a statutory lien for unpaid common expense pursuant to M.G. L. c. 183A, s. 6 and c. 254, ss. 5 and 5A. The action also seeks to find the unit owner personally liable for all amounts due. There are common expenses due as of this date in the amount of $3,325.02 which expenses continue to accrue on a monthly basis together with attorneys' fees and costs incurred in connection with this matter. TOTAL: $3,325.02

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN SUPERIOR COURT DEPARTMENT

" I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____   DATE: 5/15/12
Richard E. Brooks, Esquire

Commonwealth Of Massachusetts
County of Suffolk
The Superior Court

CIVIL DOCKET # SUCV2012-01865-D
Courtroom CtRm 314, 3 Pemberton Square, Boston

RE: Trs of 781 Columbia Rd Condo Trust v Gershfield et al
TO:

Richard E. Brooks, Esquire
Marcus Errico Emmer & Brooks
45 Braintree Hill Office Park
Suite 107
Braintree, MA 02184

## SCHEDULING ORDER FOR F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue **03/08/2014**.

### STAGES OF LITIGATION — DEADLINES

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | 08/15/2012 | 08/15/2012 | |
| Response to the complaint filed (also see MRCP 12) | | 09/14/2012 | |
| All motions under MRCP 12, 19, and 20 | 09/14/2012 | 10/14/2012 | 11/13/2012 |
| All motions under MRCP 15 | 09/14/2012 | 10/14/2012 | 11/13/2012 |
| All discovery requests and depositions served and non-expert depositions completed | 03/13/2013 | | |
| All motions under MRCP 56 | 04/12/2013 | 05/12/2013 | |
| Final pre-trial conference held and/or firm trial date set | | | 09/09/2013 |
| Case shall be resolved and judgment shall issue by 03/08/2014 | | | 03/08/2014 |

- The final pre-trial deadline is <u>not the scheduled date of the conference</u>.
- You will be notified of that date at a later time.
- Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

Dated: 05/18/2012

Michael Joseph Donovan
Clerk of the Court

Telephone: 617-788-8110

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130 --Check website as to status of case: http://ma-trialcourts.org/tcic    4131556 inidoc01 russolis